**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH RITCHIE, | : |
| Plaintiff, | : Case No. 1:25-cv-05609-RA |
| v. | : **JUDGMENT IN FAVOR OF** |
| | : **SARAH RITCHIE** |
| SONENDO, INC., | : |
| Defendant. | : |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Sonendo, Inc. ("Defendant") having offered to allow Plaintiff Sarah Ritchie ("Plaintiff") to take a judgment against Defendant in the sum of $4,500 to resolve all of Plaintiff's Fair Labor Standards Act claims against Defendant, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated November 5, 2025 and filed as Docket Number 14;

**WHEREAS**, on November 5, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant's Rule 68 Offer of Judgment (Dkt. No. 14); and

**WHEREAS**, Defendant has filed a Stipulation of Dismissal With Prejudice with respect to any remaining claims in the Action (Dkt. No. 15), and

**NOW THEREFORE**, this Court Orders the following judgment to be entered:

**IT IS ORDERED, ADJUSTED AND DECREED** that:

1.      Plaintiff shall have and recover from Defendant the amount of $4,500.00 and that Plaintiff's individual claims under the Fair Labor Standards Act as asserted in the Complaint are hereby dismissed with prejudice.

2.    The Clerk of Court is respectfully directed to close this case.

**IT IS SO ORDERED.**

Dated:  December 3, 2025

_____
Honorable Ronnie Abrams, U.S.D.J.